UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-

ANDRES BELLO,

                         Defendant(s).

-----------------------------------------------------------x

20-cr-301 (PKC)

ORDER

CASTEL, U.S.D.J.

        Ms. Donna Newman was originally appointed to represent defendant Bello pursuant to the CJA. When the case later became death eligible, the Court appointed Mr. Jasper as learned counsel and Mr. Montgomery from the CJA Death Eligible Panel. Mr. Jasper who has consulted and advised Mr. Bello reports that Mr. Bello wishes to proceed with Mr. Montgomery as his counsel. With the thanks of the Court, Ms. Newman is deemed withdrawn and terminated as counsel for Mr. Bello.

        SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       August 13, 2020