# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
## ken@kjmontgomerylaw.com

March 19, 2021

**Via ECF**

The Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, New York 10007

**RE: United States v. Andres Bello**
**Criminal Docket 20 CR 301 (PKC)**

Dear Judge Castel:

     I have spoken to Mr. Bello as per the Court's order and at this time I do believe there is an actual conflict under Under *Lopez v. Scully 58 F.3d 38 (2d. Circuit 1995),* and I am unable to represent Mr. Bello as a result. Mr. Bello is firm in his decision for new counsel and I am certain that our conflict cannot be resolved. I would join in Mr. Bello's request to the Court that new CJA counsel be appointed to represent Mr. Bello at this time.

Conference is scheduled for April 2, 2021 at 11:00 a.m. The conference will proceed by video. Defendant Andres Bello, Kenneth Montgomery, CJA attorney, Richard Rosenberg and the government shall apppear at the conference.
SO ORDERED.
Dated: 3/22/2021

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Respectfully,

*Kenneth J. Montgomery*

Law Office of KJM PLLC
Attorney for Andres Bello
198 Rogers Avenue
Brooklyn, New York 11225