UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                    20-cr-301 (PKC)

       -against-

                                                                                                    <u>ORDER</u>

ANDRES BELLO,

                                       Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

       Due to the unavailability of Mr. Rosenberg, James Roth is appointed provisionally under the CJA as counsel for Mr. Bello and shall appear at the April 2, 2021 conference at 11:00 a.m. Order for remote conference will follow.

       SO ORDERED.

                                                                           P. Kevin Castel
                                                                   United States District Judge

Dated:  New York, New York
           March 23, 2021