UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                       20-cr-301 (PKC)

        -against-                                                       ORDER

ANDRES BELLO,

                                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Andres Bello is represented by CJA counsel, at least his fourth counsel in this action. He has submitted to the Court a pro se motion to dismiss the indictment and to release him pending trial. A defendant has a right to be represented by counsel and also has a right to represent himself, subject to the appropriate inquiry. He has no constitutional or statutory right to a hybrid representation and has advanced no persuasive reason for allowing him to proceed in this manner. See, e.g., United States v Tutino, 883 F.2d 1125, 1141 (2d Cir. 1989).

        The motion will be transmitted to his counsel who will proceed as deemed appropriate.

        SO ORDERED.

                                                                     P. Kevin Castel
                                                          United States District Judge

Dated: New York, New York
       November 10, 2021