STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

January 3, 2022

**By ECF**

Hon. P. Kevin Castel  
United States Courthouse  
Courtroom 11D  
500 Pearl Street  
New York, New York 10007

> DE 188 terminated because it was improperly filed as a letter motion.
> SO ORDERED.
> Dated: 1/19/2022
>
> _P. Kevin Castel_
> United States District Judge

Re:   *United States v. Rodriguez et. al*, 20 Cr. 301 (PKC)

Dear Judge Castel:

    We represent the defendant Andres Bello in the above-captioned case and write to follow up on our letter filed earlier this afternoon. In that letter we inadvertently cited to the number of inmates who have tested positive for COVID-19 at MDC (434 at the time of our initial filing) rather than the current count of inmates with an active case (200 as of the time of this filing).[1] We apologize for our error, and thank you again for your consideration of this request.

Very truly yours,

/s/_____

Megan Wall-Wolff  
Wall-Wolff LLC  
299 Broadway, Suite 800  
New York, NY 10007  
(212) 920-0257

James Roth, Esq.  
Stampur & Roth  
299 Broadway, Suite 800  
New York, NY 10007  
(212) 619-4240

*Attorneys for Andres Bello*

cc:   all counsel of record (by ECF)

---

[1] *COVID-19 Update*, Fed. Bureau of Prisons, https://www.bop.gov/coronavirus/ (last updated Jan. 3, 2022).