# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

December 14, 2021

**By ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

DE 182 terminated because it was improperly filed as a letter motion.
SO ORDERED.
Dated: 1/19/2022

P. Kevin Castel
United States District Judge

Re:   *United States v. Andres Bello, et al.*, **20 Cr. 301 (PKC)**

Dear Judge Castel:

We represent the defendant in the above-captioned case. Counsel submits this letter per the Court's December 10, 2021 Order (Dkt. No. 177) directing the parties to indicate if they are in a position to proceed to trial on February 14, 2022. We advise Your Honor that we have no conflict that would prevent us from proceeding to trial on February 14, 2022.

Very truly yours,

James Roth

James Roth, Esq.
Megan Wall-Wolff, Esq.
*Counsel for Defendant*

cc:   All Parties of Record (By ECF)

JR/Bello/Ltr to Ct/Feb 2022 Trial Date 2