UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-                                                           S2 20 Cr. 301 (PKC)
                                                                              Order

ANDRES BELLO,

                           Defendant.
-------------------------------------------------------------X

It is HEREBY ORDERED that the Bureau of Prisons, or the Warden of Brooklyn MDC, or the United States Marshalls allow the delivery of certain clothes items listed below to Andres Bello, United States Marshal number 87992-054, who is presently incarcerated at the Brooklyn MDC and is scheduled for trial before the Honorable P. Kevin Castel on February 14, 2022.
In addition, Mr. Bello should be allowed to receive the clothing every morning at the S.D.N.Y. Courthouse, and to dress for the days preceding if necessary.

Items of Clothing:
- Two pair of dress pants
- Two dress shirts
- Four white under shirts
- One pair of shoes
- One belt
- Four pair of socks
- Two ties
- Four pair of boxers

So Ordered:   Honorable P. Kevin Castel
                    United States District Court
                    Southern District of New York

Dated: 2-9-22

JR/Bello/Prpsd Ordr Clthng