# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

June 6, 2022

**By ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Sentencing is adjourned from July 13, 2022 to October 12, 2022 at 2:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 6/6/2022

*P. Kevin Castel*
United States District Judge

Re: *United States v. Andres Bello, et al.,* **20 Cr. 301 (PKC)**

Dear Judge Castel:

We are counsel of record for Andres Bello in the above-captioned case. We write to respectfully request a ninety (90) day adjournment of Mr. Bello's sentence, now scheduled for July 13, 2022. This is our second adjournment request.

The reason for this request is to allow counsel sufficient time to complete Mr. Bello's sentencing submission. Counsel is delayed in preparing Mr. Bello's submission due to our mitigation specialist contracting and combatting COVID-19.

Counsel has consulted with the government and they have no objection to this request.

Very truly yours,

James Roth

James Roth, Esq.
Megan Wall-Wolff, Esq.
*Attorneys for Andres Bello*

cc: All Counsel of Record (By ECF)

JR/Bello/Rqst to CT/Adj Sent 2