UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                             20-cr-301-3 (PKC)

        -against-                                            <u>ORDER</u>

ANDRES BELLO,

                        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Within 30 days, the government shall respond to defendant's motion for a reduction of sentence brought pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (ECF 321.)

        SO ORDERED.

                                                                         P. Kevin Castel
                                                      United States District Judge

Dated:  New York, New York
           October 4, 2023

COPY MAILED TO:

Andres Bello
Reg. No. 87992-054
FCI Ray Brook
Federal Correctional Institution
P.O. Box 900
Ray Brook, NY  12977